United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH ATIENZA,
Plaintiff,

v.

GENOMIC HEALTH, INC., et al.,
Defendants.

Case No. 25-cv-05222-AMO

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

On August 5, 2026, the Court issued an order to show cause why this action should not be dismissed for failure to prosecute because Atienza failed to submit a motion for class certification by the long-standing deadline. Dkt. No. 50; *see also* Dkt. Nos. 45, 47. Atienza failed to provide sufficient explanation for his failure to prosecute, instead pointing to activity in an action in state court which raises similar claims to excuse lack of prosecution here. Dkt. No. 51. Further, Atienza indicated his intent to file: (1) a status report no later than September 10, 2026, (2) a notice within three days after he filed the motion for preliminary approval in the state court action, and (3) reports every 30 days beginning October 25, 2026. Dkt. No. 51-1. The parties have filed no such reports with the Court. Indeed, they filed nothing further in this case until the Court required a case management statement. Dkt. No. 52. On November 13, 2026, Parties filed a case management statement, in which each party declared that it "does not currently request any relief through this matter," further evidencing that Atienza does not plan to timely prosecute this case. Dkt. No. 53, 8:20-26. Given Atienza's failure to prosecute the case despite multiple orders from the Court and his inability to provide good cause for his repeated noncompliance with Court deadlines, the Court concludes that dismissal for failure to prosecute is appropriate.

//

Accordingly, the Court **DISMISSES** this action **WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 20, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California